UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 04/2014)

In re:

**Kurt Lee Wagoner**,
    Debtor(s).

Case No. **14–05457–JMC–7**

## NOTICE OF HEARING

A(n) Objection to Debtor's Claim of Exemptions was filed on July 17, 2014, by Trustee Elliott D. Levin. The Court, after reviewing this document, determines that a(n) hearing is required.

**NOTICE IS GIVEN** that a(n) hearing will be held as follows:

    Date:  August 11, 2014
    Time:  10:30 AM EDT
    Place:  Rm. 310 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  July 22, 2014
                                                  Kevin P. Dempsey
                                                  Clerk, U.S. Bankruptcy Court